IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARQUISE K. RUCKER-HOWARD, Natural Person for Entity, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 18-298-GMS ) |
| NEW CASTLE, Natural Person for Person, | ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington this ___13th___ day of ___Apr.___, 2018,

IT IS ORDERED that:

When the plaintiff, who proceeds *pro se*, filed this action on February 22, 2018, he paid the filing fee with check No. 105 in the amount of $400.00. (D.I. 1, receipt number 029349.) The Bank of America returned the check to the Clerk of Court's office for the following reason, "Unable to Locate Account." (D.I. 3.)

On March 9, 2018, the office of the Clerk of Court advised the plaintiff that the check had been returned and requested the plaintiff to promptly send either a certified check or money order for the $400 filing fee plus $53 for the return check fee, for a total of $453.00. The plaintiff was given until on or before March 28, 2018 to make payment. (*Id.*) The time has lapsed and the plaintiff has not pay the filing fee for this action. Therefore, the complaint is **dismissed** without prejudice.

_____
UNITED STATES DISTRICT JUDGE